UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNE HARRIS and JESS HARRIS,

        NO. CIV. S-08-286 LKK/KJM

    Plaintiffs,

  v.

        O R D E R

AMCO INSURANCE COMPANY,
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY, and
NATIONWIDE INSURANCE; and
DOES 1-25, inclusive,

    Defendants.

                              /

    The court is in receipt of the defendants' notice of removal and a document filed by the plaintiffs titled "Opposition to Petition for Removal of Action." This filing is improper; if the plaintiffs seek to have the action remanded to state court, they must file a noticed Motion for Remand.[1] See 28 U.S.C. 1447(c). Because the plaintiffs' document is not a noticed motion that would provide the defendants an opportunity to respond on the merits, the

---

[1] The plaintiffs are directed to Local Rule 78-230(b) for the process of properly noticing a motion before the court.

1

1  court will disregard it.
2       IT IS SO ORDERED.
3       DATED:  February 28, 2008.

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT