KAREN L. UNO  State Bar #117410
*kuno@longlevit.com*
DAVID P. BOROVSKY  State Bar #216588
*dborovsky@longlevit.com*
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
AMCO INSURANCE COMPANY, ALLIED
PROPERTY & CASUALTY INSURANCE
COMPANY, and NATIONWIDE MUTUAL
INSURANCE COMPANY (erroneously sued herein as
"NATIONWIDE INSURANCE")

STANLEY R. PARRISH, State Bar #137624
*stanparrish@shepard-haven.com*
SHEPARD & HAVEN, LLP
3600 American Drive, Ste 100
Sacramento, CA  95864
TEL:  (916) 487-7900   FAX:  (916) 487-9291

Attorneys for Plaintiffs
ANNE HARRIS and JESS HARRIS

IN UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANNE HARRIS and JESS HARRIS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AMCO INSURANCE COMPANY, ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, and NATIONWIDE INSURANCE; and DOES 1-25 inclusive,<br><br>        Defendants. | CASE No. 2:08-CV-00286-LKK-KJM<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VRDP) PURSUANT TO LOCAL RULE 16-271**<br><br>Judge:  Hon. Lawrence K. Karlton |

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VRDP

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled
2    action to the Voluntary Dispute Resolution Program.
3    Furthermore, the parties request, pursuant to Local Rule 16-271(e)(3), that the VDRP
4    Administrator **supply the parties with a list of potential Neutrals**, from which list the parties
5    shall attempt to agree upon one.

Dated: April 16, 2008                                    LONG & LEVIT LLP

                                                By      /s/   David P. Borovsky
                                                KAREN L. UNO
                                                DAVID P. BOROVSKY
                                                Attorneys for Defendants
                                                AMCO INSURANCE COMPANY,
                                                ALLIED PROPERTY & CASUALTY
                                                INSURANCE COMPANY, and
                                                NATIONWIDE MUTUAL
                                                INSURANCE COMPANY (erroneously
                                                sued herein as "NATIONWIDE
                                                INSURANCE")

Dated: April 16, 2008                                    SHEPARD & HAVEN, LLP

                                                By:     //s//Stanley R. Parrish
                                                STANLEY R. PARRISH
                                                Attorney for Plaintiffs
                                                ANNE HARRIS and JESS HARRIS

IT IS SO ORDERED.

Dated: April 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VRDP

PDF created with pdfFactory trial version www.pdffactory.com